# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TAMMY CRANMER,<br><br>           Plaintiff,<br><br>v.<br><br>CORDELL & CORDELL, P.C.,<br><br>           Defendant. | Case No. 6:23-CV-01066-TC-BGS |

## CORDELL & CORDELL, P.C.'S OBJECTIONS TO THE COURT'S PROPOSED JURY INSTRUCTIONS

Defendant, Cordell & Cordell, P.C. ("Cordell"), hereby submits its objections to the Court's Proposed Jury Instructions:

1. Cordell objects to the Court's Proposed Jury Instruction on page 28 to the extent it includes discussion of the jury awarding damages for monetary losses that Ms. Cranmer may suffer "in the future" as a result of Cordell's retaliatory firing. This instruction fails to clearly explain the distinction between future monetary losses and front pay and therefore could result in Plaintiff receiving double recover on front pay.

2. Cordell further objects to the Court's Proposed Jury Instruction on page 28 and Part B(c) on the Verdict Form to the extent it references front pay because front pay is an equitable remedy to be determined by the Court. *Whittington v. Nordam Grp., Inc.*, 429 F.3d 986, 100 (10th Cir. 2005).

3. Cordell objects to the Court's Jury Instruction regarding punitive damages on pages 33 through 35. As argued in Defendant's Response to Plaintiff's Trial Brief (Doc. 175), Defendant objects to the inclusion of a punitive damages instruction because there is no evidence of malice, reckless indifference, or willful/wanton conduct.

1

Respectfully submitted,

/s/ Kathryn S. Rickley
Mitchell E. Wood     (KS # 24052)
Kathryn S. Rickley    (KS # 23211)
HALBROOK WOOD, PC
3500 West 75th Street, Suite 300
Prairie Village, Kansas 66208
TEL: (913) 529-1188
FAX: (913) 529-1199
E-MAIL: mwood@halbrookwoodlaw.com
E-Mail: krickley@halbrookwoodlaw.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of October 2024, the following was served via CM/ECF and email to:

Diane Sorensen
Ben Carmichael
Morris Laing Law Firm
300 N. Mead, Suite 200
Wichita, KS 67202
T: (316) 262-2671
F: (316) 262-6226
Email: dsorensen@morrislaing.com
Email: bcarmichael@morrislaing.com
ATTORNEYS FOR PLAINTIFF

/s/ Kathryn S. Rickley
ATTORNEY FOR DEFENDANT