### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF KANSAS

| | |
|---|---|
| TAMMY CRANMER, | ) |
|     Plaintiff, | ) |
| v. | ) |
| | )   Case No. 6:23-cv-01066-TC |
| CORDELL & CORDELL, P.C. | ) |
|     Defendant. | ) |

### PLAINTIFF'S OBJECTION TO THE COURT'S PROPOSED JURY INSTRUCTIONS

Plaintiff, Tammy Cranmer, by and through counsel, offers the following objections to the Court's Proposed Jury Instructions dated September 27, 2025.

1) Plaintiff objects to the verdict form for the reason that it does not contain questions for the jury concerning whether punitive damages are warranted, and, if so, the amount of punitive damages;

2) Plaintiff objects to the omission of the adverse inference instruction that she requested in her Proposed Jury Instructions (Doc. 160). The evidence will establish that defendant failed to produce key documents that plaintiff obtained by other means, specifically subpoenaing Lexicon Services, LLC;

3) Plaintiff preserves her objection to the Mitigation of Damages instruction. In the event there is no evidence to support defendant's two-prong defense – as set forth in Plaintiff's Trial Brief (Doc. 171) – then this instruction should not be given to the jury.

4) Plaintiff also notes one typographical error on page 19, where "UPS" is used instead of Cordell & Cordell.

Respectfully submitted,

/s/Diane H. Sorensen
Diane H. Sorensen, #12226
Benjamin K. Carmichael, #27197
Morris Laing Law Firm
300 N. Mead, Suite 200
Wichita, KS 67202
TEL: (316) 262-2671
Fax: (316) 262-6226
EMAIL: dsorensen@morrislaing.com
bcarmichael@morrislaing.com

**CERTIFICATE OF SERVICE**

    This is to certify that on the 1st day of October, 2024, the above and foregoing was filed via the Court's electronic (ECF) filing/notification system which will cause a copy to be served electronically on all parties of record.

/s/ Diane H. Sorensen
Diane H. Sorensen,
Attorneys for Plaintiff