In the United States District Court

for the District of Kansas

Case No. 23-cv-1066-TC

TAMMY CRANMER

*Plaintiff*

v.

CORDELL & CORDELL, P.C.

*Defendant*

VERDICT FORM

October 7, 2024

36

We the jury, present the following answers to the questions submitted by the Court, to which we have unanimously agreed:

## Part A

**Question 1.** Did Cordell & Cordell, P.C. terminate Cranmer's employment in retaliation for her protected activity?

_____    YES

\_\_\_\_X\_\_\_\_    NO

*Proceed to Part B only if you answered YES above. Otherwise, proceed to Part C.*

## Part B

For any damages that you find Cordell & Cordell caused Tammy Cranmer, write the sum of money that would fairly and reasonably compensate Ms. Cranmer for each category of damages listed below. Answer in dollars and cents for these categories of damages and do not consider or include any other categories of damages.

(a) Compensatory damages for emotional pain and suffering, humiliation, embarrassment, and mental anguish:

$_____

(b) Back pay and benefits from the date of Ms. Cranmer's termination through today:

$_____

(c) Front pay and benefits equivalent to the present value of any future wages and benefits Ms. Cranmer might have earned had she not been terminated.

$_____

*Proceed to Part C.*

## Part C

Was the jury's agreement on the above questions unanimous?

    X    Yes

        No

The jury foreperson must sign and date this Verdict Form.

10-07-2024

DATE                        FOREPERSON

39