**In the United States District Court
for the District of Kansas**

───────────

Case No. 6:23-cv-1066-TC

───────────

TAMMY CRANMER,

*Plaintiff,*

v.

CORDELL & CORDELL P.C.

*Defendant.*

───────────

## JUDGMENT IN A CIVIL CASE

☒ Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict in favor of Defendant, Cordell & Cordell P.C., Doc. 195. This case is dismissed.

Date: October 7, 2024                 SKYLER B. O'HARA
                                      CLERK OF THE DISTRICT COURT


                                      By:   s/ Traci Anderson
                                              Deputy Clerk